UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAVID R TOWNSEND #48480-019** | : | **CASE NO. 2:18-CV-00842 SEC P** |
| **VERSUS** | : | **JUDGE CAIN** |
| **JOEL ALEXANDRE ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 40] of the Magistrate Judge previously filed herein and after an independent review of the record, a de nova determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Dismiss [doc. 33] be **GRANTED** and that all claims against defendants Lisa Soileau and Mary Thomas be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this  25  day of July, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE