UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAVID TOWNSEND** <br> REG. # 48480-019 | : | **DOCKET NO. 18-cv-0842** <br> **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **JOEL ALEXANDRE, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. 54) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against the Federal Bureau of Prisons and Hugh Hurwitz are **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims against "Unidentified Staff" of the Federal Prison Health Services and "Unidentified Staff" of the Bureau of Prisons South Central Regional Health Services be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that that plaintiff be ordered to seek leave of Court prior to filing any additional complaints in this matter.

**THUS DONE AND SIGNED,** in Chambers, in Lake Charles, Louisiana, on this 9th day of January, 2020.

_____
**JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE**